UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22289-CIV-SEITZ/O'SULLIVAN

LUIS TABANGO,

    Plaintiff,

v.

ELEGANT HOUSE INTERNATIONAL LLC,
et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR VIA VIDEO CONFERENCE

THIS MATTER is before the Court on Defendants' Motion to Appear via Telephone [DE-110]. Defendants' counsel requests to appear at the May 2, 2008 hearing in this matter telephonically and states that Plaintiff does not oppose this request. The Court will allow Defendants' counsel to appear via video-conference. It is hereby

ORDERED THAT:

(1) Defendants' Motion to Appear via Telephone [DE-110] is GRANTED. Defendants' counsel may appear via video conference; and

(2) Defendants' counsel shall contact James St. Louis, the Telecommunications Specialist for the District Court for the Southern District of Florida, at (305)523-5030 **before 11:00 a.m. EST on May 1, 2008** to arrange to appear via video-conference at the hearing scheduled for **May 2, 2008, at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 28th day of April, 2008.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
        James St. Louis, Telecommunications Specialist